NO









NO. 12-09-00450-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

DARWIN CHARMAINE BOYD,

APPELLANT                                                     '     APPEAL
FROM THE 241ST

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH COUNTY,
TEXAS

APPELLEE

 





MEMORANDUM
OPINION

            Appellant
pleaded guilty to aggravated kidnapping.  We have received the trial court's
certification showing that this is a plea bargain case and Appellant has no
right to appeal.  See Tex. R.
App. P. 25.2(d).  The certification further shows that Appellant has
waived the right to appeal.  The certification is signed by Appellant and his
counsel and is supported by the record.  Accordingly, the appeal is dismissed
for want of jurisdiction.

                                                                                                    
BRIAN HOYLE__    

                                                                                                             
Justice

 

 

Opinion delivered February 26, 2010.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)